# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

141068

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

QUINTIN LASHAR HOLMES,
      Defendant-Appellant.

SC: 141068
COA: 296457
Ingham CC: 08-001044-FC

_____/

      On order of the Court, the application for leave to appeal the March 23, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

Clerk

s0830